```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0006--CR (RRB)
                         "USA V JEREMY EARLE DINSMORE"
                         DEF 1.1 DINSMORE, JEREMY EARLE

              Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Mary E. Guss, U.S. Magistrate Judge
              Filed:  04/20/05
             Closed:  NO
 No. of Defendants:  1
     MJ Case Number:
                AKA:  CLEM SCHREDD, NICELEZ
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Louis J. Menendez
                     227 7th Street
                     Juneau, AK 99801
                     907-586-5996
                     FAX 907-586-2206
                     Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Audrey J. Renschen
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


 Counts re: DEF 1.1 DINSMORE, JEREMY EARLE

 Document            Count    Citation and Description                              Disposition
 ─────────────       ─────    ──────────────────────────                            ───────────
     1 -   1 IND       1      18:2252A (a)(1) and (b)(1) TRANSPORTATION OF CHILD    Pending
                              PRONOGRAPHY (F)

     1 -   1 IND       2      18:2252A (a)(2)(A) and (b)(1) DISTRIBUTION OF         Pending
                              CHILD PRONOGRAPHY   (F)

     1 -   1 IND       3      18:2252A(a)((2)(A) and (b)(1) DISTRIBUTION OF         Pending
                              CHILD PRONGRAPHY

     1 -   1 IND       4      18:2252A(a)(2)(A) and (b)(1) RECEIPT OF CHILD         Pending
                              PORNOGRAPHY (F)

     1 -   1 IND       5      18:2252A(a)(5)(B) and (b)(2) POSSESSION OF CHILD      Pending
                              PORNOGRAPHY (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE J05-0006--CR (RRB)
                                   "USA V JEREMY EARLE DINSMORE"

                                        For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Mary E. Guss, U.S. Magistrate Judge
             Filed: 04/20/05
            Closed: NO
 No. of Defendants: 1


 Document #    Filed      Docket text

      1 -  1   04/20/05   [Re: DEF 1] PLF 1 Indictment.

      2 -  1   04/21/05   [Re: DEF 1] RRB Grand Jury Minutes Indictment Secret. Warrant of arrest
                          to be issued.  No bail set. Detention per 18:3142.

      3 -  1   05/23/05   [Re: DEF 1] Faxed cy of Court Minutes from State Court before State MJ
                          in Ketchikan on 5/19/05; L. Menendez retained; def released on bond. cc:
                          USA, L. Menendez, USM, USPO

      4 -  1   05/23/05   [Re: DEF 1] Faxed Order setting conditions of release from State Court;
                          bond set approved 3rd party release; surrender passport. cc: USA. L.
                          Menendez, USM, USPO

      5 -  1   05/23/05   [Re: DEF 1] Faxed copy of Order of Release from State Court re def
                          released on bond 5/19/05. cc: USA, L. Menendez, USM, USPO

      6 -  1   05/23/05   [Re: DEF 1] Clerk's Notice re crt is in receipt of def's passport; orig
                          passport is placed in vault for safekeeping. cc: USA, L. Menendez, USPO,
                          Finance

      7 -  1   05/23/05   [Re: DEF 1] PMP Minute Order re Arr set for 5/27/05 at 11:00 a.m. before
                          MJ Pallenberg in Juneau, AK. cc: USA, L. Menendez, USM, USPO, MJ Guss

      8 -  1   05/27/05   DEF 1 motion to amend conditions of release to allow Def to travel to
                          Juneau for arraignment.

      8 -  2   05/27/05   PMP Order granting motion to amend conditions of release. cc: USA, L.
                          Menendez, USM, PTS, Judge Beistline

      9 -  1   05/27/05   DEF 1 motion on shortened time to consider motion at 8-1.

      9 -  2   05/27/05   PMP Order granting motion on shortened time to consider motion at 8-1.
                          (9-1)  cc: USA, L. Menendez, USM, PTS, Judge Beistline

     10 -  1   05/27/05   [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] re: Arraignment on
                          Indictment (held 5/27/05); DEF pled NOT GUILTY to all counts; PTMs due
                          6/17/05; cnsl to confer re: disc by 6/3/05; trial date to be advised.
                          cc: USA, L. Menendez, USM, PTS, Judge Beistline

     11 -  1   05/27/05   [Re: DEF 1] Order setting conditions of release as prev set; DEF may
                          travel to Juneau to meet with counsel w/3rd-party cust who may remain
                          outside room file DEF meeting w/cnsl; DEF to give prior notice to PTS of
                          dates of travel to Juneau. cc: USA, L. Menendez, USM, PTS, Judge
                          Beistline

     12 -  1   05/27/05   [Re: DEF 1] PMP Order regarding preparation for trial w/cnsl to meet by
                          6/3/05; PTMs due 6/17/05. cc: USA, L. Menendez, Judge Beistline, MJ Guss

     13 -  1   06/06/05   [Re: DEF 1] RRB Minute Order setting trial by jury for 8/1/05 at 8:30
                          a.m. in Ketchikan, Ak. and FPTC for 7/26/05 at 1:00 p.m.in Courtroom #2

 ACRS: R_RDSDX                   As of 10/31/05 at 4:21 PM by GARRY                       Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J05-0006--CR (RRB)
                             "USA V JEREMY EARLE DINSMORE"
```

|                                 |
| ------------------------------- |
| For all filing dates            |

| Document # | Filed    | Docket text |
| ---------- | -------- | ----------- |
|            |          | at Anchorage, Ak. cc: AUSA, L. Menendez, USM, USPO, MJ Guss, jury clerk |
| 14 - 1     | 06/08/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 15 - 1     | 06/10/05 | [Re: DEF 1] Return of WOA executed on 5/1/05. |
| 16 - 1     | 06/14/05 | DEF 1 [Conditionally] Unopposed motion to amend conditions of release. |
| 17 - 1     | 06/14/05 | DEF 1 Unopposed motions to reschedule date of jury trial and scheduling of status hearing for setting new jury trial date. |
| 18 - 1     | 06/14/05 | DEF 1 Unopposed motion to change venue. |
| 19 - 1     | 06/23/05 | [Re: DEF 1] RRB Order a status hearing re setting a new trial date is set for 7/26/05 at 1:00 p.m.  cc: AUSA, L. Menendez, USM, USPO |
| 20 - 1     | 06/23/05 | [Re: DEF 1] RRB Order granting Unopposed motion to change venue. (18-1). The venue is changed to Juneau.  Parties to use case #J05-006 CR (RRB) on all future filings.  cc: AUSA, L. Menendez, USM, USPO, MJ Guss, MJ Pallenberg, JC |
| 21 - 1     | 06/29/05 | [Re: DEF 1] PMP Order granting [Conditionally] Unopposed motion to amend conditions of release. (16-1) cc: USA, L. Menendez, USM, USPO, Judge Beistline |
| 22 - 1     | 07/27/05 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re Status Conf Re: New Trial Date (held 7/26/05); tbj set for 8/1/05 vacated; tbj reset to begin week of 10/3/05 in Juneau but to follow trial in USA v Twigg in Anchorage; FPTC set for 9/2/05 at 9:15 am in Anchorage; defense cnsl and def may appear telephonically; def orally waived right to speedy trial; excludable delay found under 18 USC 3161(h)(8)(A)(B).  cc:  A. Renschen, L. Menendez, USM, USPO, MJ Guss, JC |
| 23 - 1     | 09/27/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re FPTC (held 9/27/05); PCOP/Trial rescheduling hrg set 9/29/05 at 11:45 a.m. in Juneau, AK; deft conditions of release modified as stated.  cc: USA, L. Menendez, USM, USPO, Jury Clerk |
| 24 - 1     | 09/30/05 | [Re: DEF 1] RRB Court Minutes [ECR: Susan Evans] for PCOP (held 9/29/05): DEF pled guilty to Ct 5; Cts 1-4 dismissed; Court reserved final approval of plea agreement; referred to USPO for presentence report; IOS set for 1/10/06, 8:30 a.m. at Juneau; Court granted oral motion for DEF to travel unaccompanied to treatment program in Wickenburg, AZ; other conds of release  remain as prev set; TBJ set for 10/3/05 VACATED.  cc: USA, L. Menendez, USM, PTS, Jury Clerk |