FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 14 PM 12: 23

PD

TIMOTHY M. BURGESS
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. J05-006 CR (RRB) |
|---|---|---|
| Plaintiff, | ) | **UNOPPOSED MOTION TO CONTINUE JANUARY 10, 2006, SENTENCING DATE** |
| v. | ) | |
| JEREMY EARLE DINSMORE, | ) | |
| Defendant. | ) | *FILED ON SHORTENED TIME* |

COMES NOW the United States of America by and through counsel, and moves the court to continue the current sentencing date of January 10, 2006. This request is based on the unavailability of Assistant United States Attorney Audrey J. Renschen. Mr. Dinsmore's attorney, Louis Menendez, does not oppose this request.

Undersigned counsel has been instrumental in the intricately-fashioned plea

25

agreement in this case, and would prefer to handle Mr. Dinsmore's sentencing, if at all possible. However, undersigned counsel has a conflict with the January 10th sentencing date because of a conference she is scheduled to attend at the National Center for Missing and Exploited Children (NCMEC) in Alexandria, Virginia, from January 7-12, 2006. The conference application has been pending for several months, but notification of acceptance was just received on December 13, 2005.

Mr. Menendez was contacted telephonically about undersigned counsel's unavailability, and has no objection to continuing the sentencing, because he is now scheduled to be in trial in state court on the current sentencing date. Mr. Menendez advised that he would be available to do the sentencing during the following week, January 17 thru 20, 2006, or the week of February 13th, or the week of February 21st, 2006. Undersigned counsel would also be available for sentencing during those weeks.

In the event that the court is amenable to continuing the sentencing, but is unavailable during any of the proposed time frames, both undersigned counsel and Mr. Menendez join in requesting a telephonic status conference to determine an alternate sentencing date.

Mr. Dinsmore continues to be compliant with his release conditions, and has had no reported problems to date.

RESPECTFULLY SUBMITTED this 14th day of December, 2005, at

Anchorage, Alaska.

                                        TIMOTHY M. BURGESS
                                        United States Attorney

                                        *Audrey Renschen*

                                        AUDREY J. RENSCHEN
                                        Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the **UNOPPOSED MOTION TO CONTINUE JANUARY 10, 2006, SENTENCING DATE** was faxed (**907-586-2206**) on December 14, 2005, to:

Louis James Menendez
227 7th Avenue
Juneau, Alaska 99801

and

Timothy Astle
Probation Department

Executed at Anchorage, Alaska, on December 14, 2005.
Office of the U.S. Attorney