IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LODGED
DEC 1 4 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. J05-006 CR (RRB) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE JANUARY 10,** |
| | ) | **2006, SENTENCING DATE** |
| JEREMY EARLE DINSMORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED
DEC 1 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ TG _____Deputy

Having considered the unopposed motion to continue sentencing to accommodate the anticipated unavailability of the parties' attorneys, the Court hereby **GRANTS THE MOTION** to continue sentencing, and re-schedules as follows:

❏   The sentencing hearing is now re-scheduled for:

JANUARY/FEBRUARY ____, 2006, at _____ AM/PM.

☒   The parties are to appear telephonically for a status hearing on

JANUARY ~~A~~ 5, 2006, at 10:00 AM/PM, using "meet-me bridge" number 907-677-6246.

IT IS SO ORDERED.

12/15/05
Date:

RALPH R. BEISTLINE
United States District Court Judge

J05-0006--CR (RRB)

L. MENENDEZ
A. RENSCHEN (US ATTY)   12.16.05 / TG
USMS
US PO UPX
ECR.

26