UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>　USA　</u>　v.　<u>　DINSMORE　</u>

DATE:　<u>　January 23, 2006　</u>　　CASE NO.　<u>　1:05-CR-0006 RRB　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:　**MINUTE ORDER FROM CHAMBERS
VACATING SENTENCING AND SCHEDULING HEARING**

---

　　　　Due to a judicial scheduling conflict, the sentencing scheduled in this matter for Friday, February 3, in Juneau, is **vacated**.  A rescheduling hearing will be held on **Tuesday, January 24, 2006, at 9:00** a.m., in Courtroom 2, in Anchorage, Alaska.  Counsel and parties attending telephonically are to contact Carolyn Bollman, Deputy Clerk, at 907-451-5791, to make appropriate arrangements.

M.O. VACATING SENTENCING AND SCHEDULING HEARING