DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
(907) 271-5071
(907) 271-1500 fax
audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JEREMY EARLE DINSMORE,<br><br>               Defendant. | ) No. 1:05-cr-006 RRB<br>)<br>) **UNOPPOSED MOTION TO**<br>) **APPEAR TELEPHONICALLY**<br>) **FOR SENTENCING**<br>)<br>)<br>)<br>) *Filed on shortened time*<br>) |

The United States of America, by Assistant United States Attorney Audrey J. Renschen, hereby requests authorization from the court to appear telephonically at the sentencing scheduled for Tuesday, February 7, 2006, at 9:00 a.m. in Juneau, Alaska.  Although undersigned counsel made plans to travel to Juneau, because of a personal conflict, she is no longer able to travel.

This request is unopposed by defense counsel, Louis Menendez.

Undersigned counsel believes the United States' interests may be adequately represented by undersigned counsel's telephonic appearance.  The parties have a negotiated plea agreement, and are not anticipating presenting any witnesses at the sentencing hearing.

RESPECTFULLY SUBMITTED this  6th  day of February, 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Audrey J. Renschen
>AUDREY J. RENSCHEN
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9
>Anchorage, Alaska  99507
>(907) 271-5071
>(907) 271-1500 fax
>audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 6th, 2006,
a copy of the foregoing was served
electronically on Louis Menendez and delivered
to Timothy Astle via the USPO pickup box at the
U.S. Attorney's Office

s/ Audrey J. Renschen