IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05-cr-006 RRB |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION** |
| ) | **TO APPEAR** |
| vs. ) | **TELEPHONICALLY FOR** |
| ) | **SENTENCING** |
| JEREMY EARLE DINSMORE, ) | |
| ) | |
| Defendant. ) | Filed on shortened time |
| ) | |

Having considered the Government's Motion to Appear Telephonically for Sentencing for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**. The attorney for the United States may appear telephonically for the sentencing on Tuesday, February 7, 2006.

IT IS SO ORDERED.

DATED: _____

RALPH R. BEISTLINE
DISTRICT COURT JUDGE

U.S. v. DINSMORE
1:05-cr-006-RRB