# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>JEREMY EARLE DINSMORE</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO. <u>1:05-cr-00006-RRB</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: June 15, 2007

      In reviewing the above-referenced file, the court finds it has possession of a passport belonging to defendant Jeremy Earle Dinsmore.  Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed order to the Court's consideration on or before Wednesday, August 1, 2007.

[]{IA.WPD*Rev.12/96}