# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>JEREMY EARL DINSMORE</u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                CASE NO.  <u>1:05-CR-00006-RRB</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: April 11, 2008

     On June 15, 2007, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed order for the Court's consideration.

     No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.